UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                               Plaintiff,<br><br>v.<br><br>DEVON DWAYNE BROOKS,<br><br>                              Defendant. | Case No.: 20cr239 - WQH<br><br>**ORDER** |

HAYES, Judge:

On March 7, 2022, the Court sentenced Defendant to the custody of the Bureau of Prisons for a total term of 248 months followed by a 5-year term of supervised release after Defendant pleaded guilty to three counts of Interference or Attempted Interference with Commerce by Robbery, and two counts of Using, Carrying, Brandishing, and Discharging a Firearm During and In Relation to a Crime of Violence. (ECF No. 97.) On March 23, 2022, the Court issued Judgment. (ECF No. 102.)

On September 6, 2024, Defendant, proceeding pro se, filed a document entitled, "Petitioner's Motion for Issuance of Show Cause Order." (ECF No. 103.) In the Motion for Issuance of Show Cause Order, Defendant states: "On or about March 6, 2023, the Petitioner filed a detailed 28 U.S.C. § 2255 Motion." *Id*. at 1. Defendant requests that the Court issue an order to show cause requiring the Government to respond, and "request[s] to amend the now pending § 2255 motion … or request[s] the assistance of counsel … in this matter." *Id*.

On September 18, 2024, the Court issued an Order stating that "[t]he docket reflects that there have been no filings between the filing of the Judgment on March 23, 2022, and the filing of the pending Motion for Issuance of Show Cause Order on September 6, 2024. The docket reflects that no motion pursuant to 28 U.S.C. § 2255 has been filed or received by the Clerk of the Court in the above-captioned case." (ECF No. 104 at 2.) The Court ordered that, "no later than October 16, 2024, Defendant shall file a copy of the motion pursuant to 28 U.S.C. § 2255 referenced in his Motion for Issuance of Show Cause Order, including all attachments. No later than October 16, 2024, Defendant also shall file an affidavit and any evidence in his possession detailing when and how he mailed or otherwise delivered the motion pursuant to 28 U.S.C. § 2255 to be filed." *Id*.

The docket reflects that there have been no filings since the issuance of the September 18, 2024, Order.

IT IS HEREBY ORDERED that because no motion pursuant to 28 U.S.C. § 2255 has been filed in the above-captioned case, the Motion for Issuance of Show Cause Order is denied. (ECF No. 103.) The Clerk of Court shall serve a copy of this Order on (1) Defendant at the address listed in his Motion for Issuance of Show Cause Order (see ECF No. 103 at 2) and (2) Plaintiff United States.

Dated: November 6, 2024

Hon. William Q. Hayes
United States District Court