1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                                   Plaintiff,<br><br>v.<br><br>DEVON DWAYNE BROOKS,<br><br>                                   Defendant. | Case No.:  20cr239-WQH<br><br>**ORDER** |

HAYES, Judge,

On March 7, 2022, the Court sentenced Defendant to the custody of the Bureau of Prisons for a total term of 248 months followed by a 5-year term of supervised release after Defendant pleaded guilty to three counts of Interference or Attempted Interference with Commerce by Robbery, and two counts of Using, Carrying, Brandishing, and Discharging a Firearm During and In Relation to a Crime of Violence. (ECF No. 97.)

On January 23, 2025, Defendant, proceeding pro se, filed a Motion for Appointment of Counsel, seeking assistance in applying for "a sentence reduction under 18 U.S.C. § 3582(c)(1)(A)." (ECF No. 106 at 2.)

On February 3, 2025, the Court issued an Order granting Defendant's Motion for Appointment of Counsel, appointing Federal Defenders to evaluate Defendant's eligibility to petition for compassionate release pursuant to Southern District of California General

Order 692-B, and requiring Federal Defenders to file a status report as set forth in General Order 692-B(4). (ECF No. 107.)

On February 18, 2025, Federal Defenders filed a Status Report stating, "[a]fter review of the relevant records in Mr. Brooks's case, [Federal Defenders] concludes the Court can decide the motion on the existing record without further assistance of counsel." (ECF No. 109 at 1–2.)

IT IS HEREBY ORDERED that Federal Defenders is relieved of further representation of Defendant in this case. There are no pending motions in this closed case. Defendant, proceeding pro se, may file any motion he deems appropriate. The Clerk of the Court shall serve a copy of this Order on Defendant at the address listed in ECF No. 106-1.

Dated:  February 25, 2025

Hon. William Q. Hayes
United States District Court